IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| DAVID J. BLOCH,<br><br>*Plaintiff,*<br><br>v.<br><br>HEATHER BOUCHEY, *et al.*,<br><br>*Defendants.* | Civil Case No. 2:23-cv-00209-cr |

**SUPPLEMENTAL DECLARATION OF MATHEW W. HOFFMANN IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND EXPEDITED HEARING**

I, Mathew W. Hoffmann, declare:

1. I am an attorney employed by Alliance Defending Freedom (ADF).

2. I represent Plaintiff David Bloch in this case.

3. After Coach Bloch filed his Response to Defendants' Joint Motion for Extension of Time to Respond to Plaintiff's Motion for Preliminary Injunction and Expedited Hearing, Doc. 19, counsel for Defendant Nichols emailed me to inform me that he was available for a hearing on Plaintiff's Motion for Preliminary Injunction on September 20 and September 25.

4. Counsel for Defendant Bouchey also emailed me to clarify that she is not available after 1 pm on September 25.

5. All parties are therefore available for a hearing on September 20 or before 1 pm on September 25.

I, Mathew W. Hoffmann, declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing Declaration is true and correct to the best of my knowledge.

1

Executed this 7th day of August, 2023, at Lansdowne, Virginia.

/s/ *Mathew W. Hoffmann*
Mathew W. Hoffmann

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2023, I electronically filed the foregoing on the Court's CM/ECF system, which automatically sends an electronic notification with this filing to the following attorneys of record:

Pietro J. Lynn, Esq.
Sean M. Toohey, Esq.
Lynn, Lynn, Blackman & Manitsky, P.C.
76 St. Paul Street, Suite 400
Burlington, VT 05401
(802) 860-1500
plynn@lynnlawvt.com
stoohey@lynnlawvt.com

Steven J. Zakrzewski, Esq.
GORDON REES SCULLY MANSUKHANI, LLP
95 Glastonbury Blvd, Suite 206
Glastonbury, CT 06033
T: (860) 494-7511
szakrzewski@grsm.com

Eleanor L.P. Spottswood
Solicitor General
Office of the Attorney General
109 State Street
802-793-1646
Montpelier, VT 05609-1001
eleanor.spottswood@vermont.gov

*Counsel for Defendants*

Dated: August 7, 2023              */s/ Mathew W. Hoffmann*
                                     Mathew W. Hoffmann
                                     *Counsel for Plaintiff*