I<small>N THE</small> U<small>NITED</small> S<small>TATES</small> D<small>ISTRICT</small> C<small>OURT</small>
F<small>OR THE</small> D<small>ISTRICT OF</small> V<small>ERMONT</small>

| | |
|---|---|
| D<small>AVID</small> J. B<small>LOCH</small>,  *Plaintiff,*  v.  H<small>EATHER</small> B<small>OUCHEY</small>, *et al.*,  *Defendants.* | Civil Case No. 2:23-cv-00209-cr |

P<small>LAINTIFF</small>'<small>S NOTICE OF APPEAL</small>

Please note that Plaintiff David J. Bloch hereby appeals to the United States Court of Appeals for the Second Circuit from the Opinion and order denying Plaintiff's motion for a preliminary injunction (Doc. 76), entered on December 28, 2023.

Respectfully submitted,

| | |
|---|---|
| Anthony R. Duprey<br>VT Bar No. 3204<br>Duprey Law, PLLC<br>11 Main Street, Suite B110F<br>Vergennes, Vermont 05491<br>Telephone: (802) 870-6563<br>anthony@dupreylaw.com | */s/ Mathew W. Hoffmann*<br>Tyson C. Langhofer<br>VA Bar No. 95204<br>Mathew W. Hoffmann<br>DC Bar No. 1617417<br>A<small>LLIANCE</small> D<small>EFENDING</small> F<small>REEDOM</small><br>44180 Riverside Pkwy<br>Lansdowne, Virginia 20176<br>Telephone: (571) 707-4655<br>Facsimile: (571) 707-4656<br>tlanghofer@ADFlegal.org<br>mhoffmann@adflegal.org<br><br>David A. Cortman<br>GA Bar No. 188810<br>A<small>LLIANCE</small> D<small>EFENDING</small> F<small>REEDOM</small><br>1000 Hurricane Shoals Rd NE<br>Suite D1100<br>Lawrenceville, Georgia 30043<br>Telephone: (571) 707-4655<br>Facsimile: (571) 707-4656<br>dcortman@ADFlegal.org |

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 22, 2024, I electronically filed the foregoing on the Court's CM/ECF system, which automatically sends an electronic notification with this filing to the following attorneys of record:

Pietro J. Lynn, Esq.
Sean M. Toohey, Esq.
Lynn, Lynn, Blackman & Manitsky, P.C.
76 St. Paul Street, Suite 400
Burlington, VT 05401
T: (802) 860-1500
plynn@lynnlawvt.com
stoohey@lynnlawvt.com

Steven J. Zakrzewski, Esq.
GORDON REES SCULLY MANSUKHANI, LLP
95 Glastonbury Blvd, Suite 206
Glastonbury, CT 06033
T: (860) 494-7511
szakrzewski@grsm.com

Kate T. Gallagher
Assistant Attorney General
Office of the Attorney General
109 State Street
Montpelier, VT 05609-1001
T: (802) 828-1101
kate.gallagher@vermont.gov

Jaime Kraybill
Assistant Attorney General
Agency of Education
1 National Life Building, Davis 5
Montpelier, VT 05620-2501
T: (802) 828-0160
jaime.kraybill@vermont.gov

*Counsel for Defendants*

Dated: January 22, 2024                              */s/ Mathew W. Hoffmann*
                                                                Mathew W. Hoffmann
                                                                *Counsel for Plaintiff*