UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| **DAVID J. BLOCH**,<br><br>    *Plaintiff,*<br><br>v.<br><br>**HEATHER BOUCHEY**, *et al.*,<br><br>    *Defendants.* | Civil Action No.: 2:23-cv-00209-cr |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff David J. Bloch dismisses this action with prejudice and with each party to bear his or her own costs and fees.

Respectfully submitted this 18th day of March, 2024.

 */s/ Steven J. Zakrzewski*
Steven J. Zakrzewski
GORDON REES SCULLY MANSUKHANI, LLP
95 Glastonbury Blvd, Suite 206
Glastonbury, CT 06033
T: (860) 494-7511
szakrzewski@grsm.com

*Counsel for Defendant Jay Nichols*

 */s/ Jaime Kraybill*
Jaime Kraybill
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
109 State Street
Montpelier, VT 05609-1001
802-793-1646
jaime.kraybill@vermont.gov

*Counsel for Defendant Heather Bouchey*

 */s/ Mathew W. Hoffmann*
Tyson C. Langhofer
VA Bar No. 95204
Mathew Hoffmann
DC Bar No. 1617417
ALLIANCE DEFENDING FREEDOM
44180 Riverside Pkwy
Lansdowne, Virginia 20176
Telephone: (571) 707-4655
Facsimile: (571) 707-4656
tlanghofer@adflegal.org
mhoffmann@adflegal.org

David A. Cortman
GA Bar No. 188810
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Rd NE
Suite D1100
Lawrenceville, Georgia 30043
Telephone: (571) 707-4655
Facsimile: (571) 707-4656
dcortman@ADFlegal.org

<table>
<tr><td>

  */s/ Sean M. Toohey*
Pietro J. Lynn
Sean M. Toohey
LYNN, LYNN, BLACKMAN & MANITSKY, P.C.
76 St. Paul Street, Suite 400
Burlington, VT 05401
(802) 860-1500
plynn@lynnlawvt.com
stoohey@lynnlawvt.com

*Counsel for Defendants Windsor Central Supervisory Union Board and Sherry Sousa*

</td><td>

Anthony R. Duprey
DUPREY LAW, PLLC
11 Main Street, Suite B110F
Vergennes, Vermont 05491
Telephone: (802) 870-6563
anthony@dupreylaw.com

*Counsel for Plaintiff*

</td></tr>
</table>