**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of March, two thousand twenty-four,

David J. Bloch,

    Plaintiff - Appellant,

v.

Heather Bouchey, in her official capacity as Interim Secretary of the Vermont Agency of Education, Jay Nichols, in his official capacity as Executive Director of the Vermont Principals' Association, Windsor Central Supervisory Union Board, Sherry Sousa, in her official and individual capacities as Superintendent of Windsor Central Supervisory Union,

    Defendants - Appellees.

ORDER
Docket No. 24-207

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 03/27/2024